UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REYES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>L'OCCITANE, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23-CV-203-RSH-WVG<br><br>**ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

On March 31, 2023, the Parties filed a Notice of Settlement. (Doc. No. 9.) The Parties confirmed they resolved this matter in entirety and require approximately 45 days to file a joint motion to dismiss the case. Accordingly, **IT IS HEREBY ORDERED**:

1. **<u>On or before May 17, 2023,</u>** the Parties shall file a joint motion to dismiss this action in its entirety.
2. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the Parties.

/ / /

/ / /

3. A telephonic settlement disposition conference is scheduled for **May 22, 2023, at 1:30 p.m.** The Court shall initiate the call. **On or before May 17, 2023**, each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of conference.

**IT IS SO ORDERED.**

Dated: March 31, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge