UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REYES,<br><br>    Plaintiff,<br><br>v.<br><br>L'OCCITANE, INC., et al.,<br><br>    Defendants. | Case No.: 23-CV-00203-RSH-WVG<br><br>**ORDER DISMISSING CASE** |

On April 11, 2023, Plaintiff Bonnie Reyes requested dismissal of the instant action pursuant to Federal Rule of Civil Procedure 41(A)(1)(A)(i). ECF No. 11. Accordingly, this case is **DISMISSED** with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class. *See id.* at 2. The pending motion to dismiss, filed by Defendant L'Occitane, Inc., is **DENIED** as moot. ECF No. 8.

The Clerk of Court is **DIRECTED** to close the file.

**IT SO ORDERED**.

Dated: April 12, 2023

Hon. Robert S. Huie
United States District Judge

1

23-CV-00203-RSH-WVG